# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2019

## NO. 03-19-00842-CV

**Michael James Lorenz, Individually and as the Independent Administrator for the Estate of Lizzie Lorenz; Martha Lynn Hoffman; and Leroy Walter Lorenz, Jr., Appellants**

**v.**

**Michael Keith Cash and San Marcos Air Conditioning, Inc., Appellees**

**APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on August 5, 2019. Appellants have filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.